Stuart D. Gavzy, Esquire
163 East Main Street
Little Falls, New Jersey 07424
973-256-6080
Fax: 973-256-3665
Attorney for Debtors, Darryl Ien and Deborah Ien
(SG0543)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

In the Matter of                : Case No.: 09-33484 DHS
                                : Chapter 13
Darryl Ien                      :
Deborah Ien                     : **SUBSTITUTION OF ATTORNEY**
_____**:**
Debtor(s)

    The undersigned hereby consent to the substitution of Stuart D. Gavzy, Esq., 163 East Main Street, Little Falls, New Jersey, as attorney for the Debtors, Darryl and Deborah Ien, in the above-referenced proceeding.

/s/ Stuart D. Gavzy, Esq.                    /s/ Aurelia Mitchell Durant, Esq.
Stuart D. Gavzy                              Aurelia Mitchell Durant
Superceding Attorney                         Withdrawing Attorney